| | |
|---|---|
| 1<br>2<br>3<br>4 | Russell Brown<br>CHAPTER 13 TRUSTEE<br>Suite 800<br>3838 North Central Avenue<br>Phoenix, Arizona 85067-3970<br>602.277.8996<br>Fax 602.253.8346 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>LISA D. REMILY,<br><br><br>          Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2-05-BK-05195-SSC<br><br>**TRUSTEE'S RECOMMENDATION ON MODIFIED PLAN** |

The Trustee has reviewed the Motion to Modify Chapter 13 Plan filed October 9, 2008.

    1. The Modification proposes the following changes in the Confirmed Plan:

    (a) A payment waiver is requested for months 38 through 41 (6/08 - 9/08).

    (b) Plan payments to resume month 42 (10/08) in the amount of $500.00.

    (c) The term of the plan is extended from 58 to 60 months.

    (d) Attorney fees are increased by $650.00 and will be paid as an additional administrative claim.

    2. In all other respects, the provisions of the Confirmed Plan will continue to govern.

    3. **Plan payment status:** Debtors' interim payments of $500.00 are current through due date May 8, 2009. Payment in like amount is now past due for June and July~~,~~ (and August) with an additional payment coming due ~~August~~ (September) 8, 2009. Debtors' remittance in the total amount of ~~$1,500.00~~ ($2,000.00) must be received in the Trustee's office not later than ~~August 31, 2009~~ (September 25, 2009).

    Subsequent payments of $500.00 will be due on or before the 8th day of the month, starting ~~September~~ (October).

SUMMARY

**Pursuant to the Court's Order Re: Procedures for Confirmation of Plans, paragraph E.(2), the Debtor must provide the following by ~~August 31, 2009~~ (September 25, 2009) or the Trustee will lodge an order dismissing the case:**

(a) Pay to the Trustee the sum of ~~$1,500.00~~ ($2,000.00).

**The Court may dismiss the case without further notice for the Debtors' failure to timely comply with the Trustee's Recommendation.** If the Debtor meets all requirements of the Recommendation and this case remains active, Debtor's counsel must submit to the Trustee for review and signature, a proposed Order granting the Plan Modification, signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than ~~August 31, 2009~~ (September 25, 2009). The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2083-7(a), L.R.B.P., to begin running when all Recommendation conditions are met.

---

Russell Brown
Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Lisa D. Remily
3928 W. Windrose Dr.
Phoenix, AZ 85029
Debtor

Charles M. Sabo
4700 S. Mill Ave., Ste. 7
Tempe, AZ 85282
Attorney for the Debtor

---

*jmorales@ch13bk.com*